UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
DAVID M. SCOGNAMIGLIO and STACEY B. ANISH

                    Plaintiff,  :  5:19-CV-1398 (GTS)(ML)

-against-

CHERYL TAGLIAMONTE

                    Defendant.
---------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed with prejudice by Plaintiffs, DAVID M. SCOGNAMIGLIO and STACEY B. ANISH, as to Defendant, CHERYL TAGLIAMONTE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not answered or filed a motion for summary judgment in this action. No costs are to be assed to any party.

Dated: April 6, 2020
       Oyster Bay, New York

IT IS SO ORDERED:

_/s/ Glenn T. Suddaby_
Hon. Glenn T. Suddaby
Chief U.S. District Judge

Dated: 4/8/2020
       Syracuse, NY

Respectfully submitted,

CHALOS & CO, P.C.

By:    ___/s/ Melissa Patzelt-Russo___
        George M. Chalos, Esq. (GC - 8693)
        Melissa Patzelt-Russo, Esq. (MR-8150)
        55 Hamilton Ave.
        Oyster Bay, NY 11771
        Tel: (516) 714-4300
        Fax: (866) 702-4577
        Email: gmc@chaloslaw.com
               mrusso@chaloslaw.com
        *Attorneys for Plaintiffs*
        DAVID M. SCOGNAMILGIO AND
        STACEY B. ANSIH